# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Ryan McKone being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief:

## INTRODUCTION AND AGENT BACKROUND

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since March 2015. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7) and am authorized under the Federal Rules of Criminal Procedure, Rule 41 to request an Arrest Warrant. Prior to being employed by ATF, I was employed as a police agent with the City of Lakewood Police Department for 10 years. I was a patrol officer for 4 years and a detective assigned to the Major Crimes Unit for 6 years. I am a graduate of the Federal Law Enforcement Training Center, and the ATF National Academy in Glynco, Georgia. My primary duties involve the investigation of federal firearm violations and the use of firearms in violent crime and narcotics violations. I am currently assigned by ATF to the Denver IV Field Office, where I work jointly with sworn law enforcement officers of state and local agencies throughout the District of Colorado. During my law enforcement career, I have authored several search warrants, production of records requests, and requested court orders for all manner of evidence, including, but not limited to, real property, vehicles, persons, electronic information, website information, cellular phone information, vehicle tracks, and biological evidence.

2. This affidavit is submitted in support of a criminal complaint charging Terri VIGIL (D.O.B.: 9/27/1972) with witness tampering, in violation of Title 18, United States Code, Section 1512, and aiding and abetting witness tampering, in violation of Title 18, United States Code, Section § 2. The statements set forth in this affidavit are based upon my training and

experience, consultation with other experienced investigators, agents, and other sources of information related to this and other investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and arrest warrant and does not purport to set forth all of my knowledge regarding this investigation.

## SUMMARY OF THE INVESTIGATION

3. On Sunday morning, January 8, 2017, at approximately 0056 hours, South Platte Tactical, a Federal Firearms Licensee (FFL) located at 29 S 4th Avenue, Brighton, Colorado 80601, was burglarized. 34 firearms were reported stolen.

4. According to Brighton Police Department (BPD) Incident/Investigation Report numbered 12CN17000143, at approximately 0101 hours on January 8, 2017, BPD officers were dispatched to South Platte Tactical on the report of a burglary alarm.

5. Upon arriving to the scene, BPD officers observed a maroon-colored Jeep bearing Colorado license plate number 978WXG in the alley to the west of the business with the engine running. Officers report that the store-front window (south side of the building) was smashed. According to Officer Moore, there was a metal grate inside the store-front window that had been bent as if someone had pushed it in. The rear and front doors of the business were secure upon the officers' arrival.

6. BPD dispatch confirmed that the maroon-colored Jeep had been stolen out of Thornton, CO, just a few hours prior to the burglary. BPD Officer Nestor opened the driver's side door and attempted to remove the keys; however, he discovered that the ignition had been "punched." Investigators know this to mean the ignition and steering column was tampered with in order to operate the vehicle without a key - common for vehicular theft.

7. BPD Officer Moore made entry through the broken store-front window by pushing the window cage. He unlocked the front door of the building from the inside. The premises were searched for suspects with the use of a K-9 but no one was found. During the search, officers report seeing multiple display cases broken and glass all over the floor. Officer McCarthy reported seeing a four-way tire iron lying on the ground next to the counter on the north side of the building. Officer Moore also reported that he observed merchandise on the floor as if someone had knocked it over.

8. One of the employees of South Platte Tactical came to the store and gave Officer Moore access to the video surveillance equipment located in the back room of the business. Officer Moore states the following regarding his review of the video surveillance footage:

> "The video shows that at about 0056 hours 4 suspects can be seen outside the front of the business. The first male that appears seems to swing something at the front window. The first male then grabs the metal grate covering and shakes it causing large pieces of glass and items inside the store to fall. The first male and one other male then enter the window and slide under the grate. Two suspects remain on the outside of the business. One suspect that entered is wearing a light colored hoodie, jeans, white shoes, and something over his face. It also appears that he was wearing gloves. This suspect begins to smash several of the display cases. Using a bag he brought into the store, this suspect begins reaching into the cases and begins loading the bag."

> "The second suspect that entered first jumped one set of display cases and appears to take some firearms off of the wall. This suspect then returns to the window and appears to be shoving the guns out of the window. The suspect then returns and helps the other suspect load more items from display cases. This suspect is wearing "skinny jeans," a dark colored hoodie with light colored sleeves and hood, a winter hat with the furry fold down bill and ear flaps, sunglasses, and a bandana or other cloth over his face. This person also had a watch on his left wrist. He was wearing dark shoes with light soles and laces. This suspect`s jacket may have an emblem on the front and could possibly be a high school lettermen`s jacket."

> "Both suspects then leave out of the same window. Just prior to them leaving, a vehicle`s wheels can be seen stopped on S 4th Ave in front of the store. The vehicle was traveling northbound. When the suspects exit they appear to move towards the waiting vehicle and then the vehicle leaves northbound. Due to

the angle of the camera, only the wheels can been seen so the body type is not known."

9. On January 13, 2017, BPD Officer Quayle met with Andrea Hill at 30 S. 3rd Ave (Advantage Treatment Center) who reported having surveillance footage from the night of the South Platte Tactical Burglary. Officer Quayle reviewed the surveillance footage and reported the following:

> "The suspects are seen driving up the alley from the south in two separate small SUV's looking both a lot like Jeep Liberty's. Both vehicles pull into the back of the business at 0041 hrs. You can barely see the suspects walking around the business, like three to four but no details at all. At 0048 hrs they leave the business but for some reason don't just go back down the alley but pull across the alley behind the Comcast Shop and stop. The surveillance showed no more and Comcast has no surveillance cameras out back."

10. The official theft loss report contained 35 missing firearms and was submitted to the Bureau of Alcohol, Tobacco, Firearms and Explosives on January 12, 2017 (FFL Theft Number: F20170000115). The day after the burglary, on January 9, 2017, one of the firearms that was believed to be stolen was discovered just outside of the store's premises making the total number of firearms stolen 34.

11. Later in the morning of the burglary, at approximately 0817 on Sunday, January 8, 2017, BPD Officer Gutierrez received a notification from NCIC/CCIC that indicated one of the firearms (Glock, model 19, SN: BDLM740) reported stolen from South Platte Tactical was recovered by Colorado State Patrol (CSP).

12. BPD Officer Devries reported that on January 8, 2017 he was contacted by Trooper Lacey of the CSP who relayed that the Glock, model 19, bearing SN: BDLM740, was found on the driver's floor board of a white 1999 Jeep Cherokee, bearing Colorado license plate number DQH891. The Glock had one round of ammunition in the chamber and one in the magazine. The vehicle was determined to be stolen out of Westminster, CO, and that it had been

involved in a hit and run accident at 2180 W 80th Avenue earlier that same morning at approximately 0630 hours. The Jeep was travelling eastbound on 80th Ave when it lost control and hit a parked vehicle. Two occupants fled the scene. A witness to the accident told Trooper Lacey that as the occupants fled the witness yelled at the driver to stop. The driver responded in a voice that had an accent that sounded, "Spanish." Both occupants ran away and were not identified.

13. On January 13, 2017, investigators received information that stolen firearms were located at the house of an individual who was later identified as Gaven Orozco. Investigators went to Orozco's residence located at 8480 Dawson Dr., Denver, CO 80229. While there, Orozco's mother and grandfather gave the investigators consent to search the house for firearms. Orozco's mother led investigators to a bedroom that Orozco utilized. The bedroom door was open. Orozco's mother told investigators that she regularly goes in to the bedroom and that she does not allow Orozco to lock the door. Investigators found three (3) firearms located in Orozco's bedroom that were reported stolen from South Platte Tactical.

14. On June 15, 2017, Special Agent (SA) Johnson received an email from BPD Det. Payne with an attachment containing information Det. Payne received via a tip line. The tip line narrative described a call in which an unnamed individual reported having knowledge of two (2) FFL burglaries, one in Brighton, CO, at a store called Springs Armory and the other in Littleton, CO, at a store called Triple J Armory. Investigators believe that the store referenced as Springs Armory was in fact South Platte Tactical as Springs Armory is located in Colorado Springs, Colorado, not Brighton, Colorado. Investigators also know that Triple J Armory was burglarized on June 22, 2016 and more recently on May 23, 2017.

15. The source stated that Jordan Martinez and Martinez's mother, Terry VIGIL, were involved in the aforementioned burglaries. The source described Martinez as a Hispanic male, six (6) feet tall with a thin build who smokes marijuana and may have a mental health illness. The source stated that both Martinez and T. Vigil reside at 945 S. Wolff St. in the middle of a triplex. Investigators later determined that Martinez and T. VIGIL resided at 944 S. Wolff St, Denver, CO 80219.

    a. The source has received criminal convictions for drug possession, criminal tampering, false information to a pawn broker, driving under restraint, 3rd degree assault, theft, criminal trespass, possession of a controlled substance, possession of firearm by a previously convicted felon, robbery, and has violated probation.

16. The source also stated that some of Martinez's friends were involved in the aforementioned crimes but could not provide their names or addresses. The source stated that Martinez asked him if he knew where to dispose of the firearms.

17. ATF special agents later interviewed the source on June 15, 2017. The source told investigators that he was contacted several months ago by Martinez about selling firearms. The source related that Martinez sent him photos of firearms via text message and asked if he could get rid of them. The source told investigators that T.VIGIL told him that Martinez and Martinez's friends committed a burglary of a gun store. The source related that T. VIGIL told him that Martinez can be seen jumping over the counter in the burglary surveillance footage aired on the news. However, this final piece of information regarding the surveillance footage was later determined by investigators to be incorrect.

18. On June 16, 2017, special agents with the ATF interviewed Martinez at 944 S. Wolff St, Denver, CO 80219. Martinez initially minimized his knowledge of, and participation in, the

burglary of South Platte Tactical. Martinez eventually told investigators that Martinez and Orozco came up with the idea to burglarize a gun store. Martinez told investigators that Martinez was living with Orozco at the time of the burglary of South Platte Tactical at 8480 Dawson Dr., Denver, CO 80229. Martinez told investigators that Martinez, Orozco, Jothan Ibarra, Jovanny Martinez, and Chase Scheunert took two (2) stolen Jeeps to the gun store in Brighton, CO. Martinez denied going inside the gun store but related that three (3) of the individuals entered the gun store through the front window and stole firearms. Martinez thought they stole approximately 43 firearms. Martinez related that they left the gun store in one (1) of the stolen Jeeps, leaving the second stolen Jeep at the scene. Martinez described the Jeep they departed in as being white in color. However, follow-up investigation revealed that the Jeep was not white in color. Martinez told investigators that after the gun store burglary, Martinez and the four (4) others returned to Orozco's residence and divided the stolen firearms amongst each other. Martinez advised that he received an "old 1918 Luger." MARTINEZ then stated that he received five (5) pistols and one (1) rifle in total. It should be noted that a 1918 Luger pistol, bearing serial number 9193, was included in the theft loss report from the burglary of South Platte Tactical.

19. While at 944 S. Wolff St., special agents also asked T. VIGIL about what she knew about the burglary at South Platte Tactical in January. T. VIGIL stated that she had received a phone call from her son, Jordan Martinez, telling her that he and his friends had "robbed" a gun store and took between 30 and 40 guns. T. VIGIL then changed her story slightly and said that Martinez's friends had broken into a gun store in Brighton and took between 30 and 40 guns. She indicated that Martinez had then came into possession of five (5) to eight (8) handguns and knew they were stolen. Martinez called T. VIGIL and was "freaking out"

because he had stolen guns and did not know what to do with them. T. VIGIL drove to "Gaven's house" – where Martinez and his friends were. Based on their investigation, special agents believed T. VIGIL's reference to "Gaven" to refer to Gaven Orozco. T. VIGIL stated that when she got to Gaven's house, Martinez showed her all the firearms he and his friends had stolen. T. VIGIL left Gaven's house with Martinez and returned to the house she was staying at with her husband, Robert Vigil. She said that she and Robert were staying at 1820 Carrol Ct, Thornton, CO, at that time. T. VIGIL asked Robert to help her and Martinez get rid of the firearms. T. VIGIL stated that her husband, from whom she is now estranged, and his brother Matthew VIGIL both had lengthy criminal histories and would know where to sell the stolen firearms. She further stated that Matthew Vigil had previously been arrested by the ATF and had done time in federal prison.

20. According to T. VIGIL, Robert Vigil, Martinez, and T. VIGIL drove back to Gaven's house. Once back at Gaven's house, Robert Vigil and Martinez went inside for a short amount of time. They came back out with the five (5) to eight (8) handguns and loaded them into the vehicle they were driving. They then returned to 1820 Carrol Ct.

21. T. VIGIL reported that once they were back at 1820 Carrol Ct., which belonged to Robert Vigil's father's home, Max Vigil, Robert Vigil told his father about the stolen firearms. The firearms were taken inside Max Vigil's home. T. VIGIL said that she, Robert Vigil, and Martinez talked about how they should get rid of the firearms. T. VIGIL admitted she knew Martinez and his friends, including Gaven, had stolen the firearms and that she wanted to "protect" her child. Robert Vigil called his brother, Matthew Vigil, about getting rid of the firearms. T.VIGIL was under the impression that Matthew Vigil would sell the firearms and T. VIGIL would get a portion of the proceeds.

22. T. VIGIL asserted that Matthew Vigil agreed to dispose of the stolen firearms. According to T. VIGIL, the firearms were then loaded into Robert Vigil's vehicle and taken to Matthew Vigil's home. SA McKone witnessed T. VIGIL point to a residence on a map she identified as Matthew Vigil's house. T. VIGIL said Matthew Vigil drove a black Audi station wagon. T. VIGIL did not know what Matthew Vigil did with the firearms after he took possession of them. T. VIGIL did say that she never got any money from Matthew Vigil for the guns even though she was supposed to.

23. T. VIGIL said that when MARTINEZ called her and she then helped dispose of the firearms all took place on January 16, 2017. T. VIGIL showed SA McKone a photo on her cell phone that she took of Martinez the evening he called her to assist him with the stolen firearms. SA McKone asked T. VIGIL if he could look through her phone. T. VIGIL said that was fine and gave SA McKone her cell phone. However, T. VIGIL stated that she did not have data service for her cell phone and could only use the device when she has wireless internet access. SA McKone looked through her messaging application and call log. There were not any relevant messages and her call log only went back a few days. T. VIGIL was asked if she had deleted messages from her cell phone as her the cell phone only contained messages from the previous few days, yet she had pictures on her phone from January 2017. T. VIGIL said she did not know why her phone did not have messages from earlier.

24. T. VIGIL told SA McKone that a few days prior to special agents contacting her and Martinez, she and Matthew Vigil had gotten into an argument concerning Robert Vigil going to jail and T. VIGIL taking custody of her youngest son from Max Vigil. T. VIGIL said that Matthew Vigil told her he was going to call the police about her and Martinez stealing firearms. T. VIGIL made it clear to SA McKone that she and Matthew Vigil did not get

along. T. VIGIL further encouraged special agents to go interview Matthew Vigil because he was the one who disposed of the firearms.

25. On June 16, 2017, ATF special agents interviewed Matthew Vigil. During this interview, Matthew Vigil admitted to being the anonymous tipster who had called on June 15, 2017. Matthew Vigil stated that Martinez had sent him a text message asking him to help Martinez get rid of some firearms he had stolen. Matthew Vigil said Martinez included pictures of firearms along with this text message. Matthew Vigil believed that Martinez had sent him a text approximately three weeks after he had broken into the gun store. Matthew Vigil described the firearms Martinez showed him as a 1903 Springfield 223, a 9mm Ruger, and a .38 caliber revolver. Matthew Vigil stated that MARTINEZ had sent him a picture of the firearms on a cell phone that Matthew Vigil no longer possessed. T. VIGIL had told Matthew Vigil's parents that Jordan Martinez was captured on surveillance video climbing over the counter during a gun store burglary. Matthew Vigil stated that he refused to help Martinez or T. VIGIL get rid of the firearms. Matthew Vigil did not believe his brother helped them either. Matthew Vigil told special agents that he knew T. VIGIL helped Martinez after the burglary and would further help him get rid of evidence, hide from law enforcement, or anything else she thought would help her son.

26. On June 19, 2017, ATF special agents went to 1820 Carrol Ct., Thornton, CO, to speak with Max and Gloria Vigil, Matthew and Robert Vigil's parents. They stated that T. VIGIL and Robert Vigil had lived with them but that they had recently kicked T. VIGIL out of the home and Robert Vigil went to jail. Max and Gloria Vigil denied ever allowing firearms in their home and did not know anything about any gun store burglaries. They did say that both T. VIGIL and Martinez are not good people and that they did not trust them.

27. On July 17, 2017, Martinez was arrested by ATF special agents for his involvement in the South Platte Tactical burglary. After Martinez was arrested, he agreed to speak with special agents and again admitted to being part of the break-in at South Platte Tactical. Martinez was detained and had a detention and preliminary hearing on July 21, 2017. T. Vigil was present for these hearings, which took place before United States Magistrate Judge Watanabe. SA's McKone, Johnson, and Zavodsky all observed her in the courtroom. SA McKone witnessed T. VIGIL communicating to Martinez while Martinez sat in the jury box waiting for his hearing to begin. SA McKone witnessed what appeared to be T. VIGIL's cellular phone in her hands when SA McKone left the courtroom prior to Martinez's hearing beginning.

28. On July 22, 2017, at approximately 9:24 pm, SA McKone received a phone call from Matthew Vigil. Matthew Vigil was upset and said that T. VIGIL was telling everyone that he had "snitched" on her and Martinez and that he was going to "get dealt with." Matthew Vigil said that T. VIGIL had made a recording of the preliminary hearing held on July 21 and was playing the audio for people. Matthew Vigil further claimed that during the hearing, he was identified as a witness and source of information. Matthew Vigil claimed that T. VIGIL was again in a relationship with Martinez's father and Matthew Vigil knew him to be a criminal.

29. On July 23, 2017, SA McKone spoke with Matthew Vigil again. Matthew Vigil said that T. VIGIL was posting things on Facebook about him providing information about Martinez's participation in the South Platte Tactical burglary and theft. Matthew Vigil told SA McKone that he feared for his safety, as well as the safety of his family. Matthew Vigil said he was worried T. VIGIL would have someone come by his house. Matthew Vigil said he heard the recording T. VIGIL made of Martinez's preliminary hearing. Matthew Vigil said T. VIGIL

had made the recording with her cell phone and was now playing it for whomever would listen to it. Matthew Vigil felt she was doing this in order to intimidate and scare him because he had reported Martinez and T. VIGIL to the authorities.

30. On July 25, 2017, SAs McKone and Cole met with Matthew and Max Vigil. They both said they were in fear for their safety because of the things that T. VIGIL had said. Matthew Vigil further stated that on July 24, 2017, T. VIGIL was parked outside of his home in a two door black Honda. Matthew Vigil further claimed that his wife, Jenna Gurule, saw her as well. Matthew Vigil could not tell who else was in the vehicle but was certain T. VIGIL was in the passenger seat. Robert Vigil spoke to Matthew Vigil and told him that T. VIGIL was going to get even with him for talking to law enforcement about Martinez. Matthew Vigil interpreted the statement as a threat. Matthew Vigil played SA McKone the recording T. VIGIL had made in court. Max Vigil said that he too had heard the recording T. VIGIL made. Max Vigil explained that shortly after the hearing on July 21, T. VIGIL had met with Max Vigil in order to pick up her juvenile son from Max and Gloria Vigil. T. VIGIL told Max Vigil "you have to listen to this" and then proceeded to play the audio recording she made in court. T. VIGIL told Max Vigil not to tell anyone she had the recording and that he could not record it himself. Max Vigil said that T. VIGIL played the recording from her cell phone. Max Vigil did not know what kind of phone T. VIGIL owned but said the number for it was (303) 319-4147.

31. SA McKone was able to obtain Facebook postings from T. VIGIL. In one of her posts, T. VIGIL criticizes the ATF. SA McKone then looked at a Facebook page belonging to T. VIGIL's daughter, under the name "Monza Destiny", which included the post captured in the screenshot below. Matthew Vigil identified this female as T. VIGIL's daughter. During the

two contacts SA McKone had with T. VIGIL, he saw a female who looked like "Monza Destiny" that T. VIGIL identified as her daughter.



32. SA McKone listened to the recording reportedly made by T. VIGIL on her cell phone. From his review of the audio, SA McKone was able to determine with certainty that it was from Martinez's July 21 preliminary hearing before Magistrate Judge Watanabe. The recording stops after approximately 14 minutes. At one point in the recording, Martinez's defense attorney begins asking the testifying witness, ATF SA Johnson, about who the tipster who was that provided information to law enforcement about Martinez and T. VIGIL. As she is inquiring about the tipster – at 13:45 in the recording – a female voice is heard on the audio recording saying "here we go." The recording ends very shortly after this comment is made;

however, the recording does capture "Matthew Vigil" being identified as a witness in this case.

33. On July 27, 2017, SA McKone listened to recorded jail calls from the Denver County Jail made to (303) 319-4147 – the number Robert Vigil had given investigators for T. VIGIL's cell phone. SA McKone reviewed the phone calls. Based upon what is said between Robert Vigil and the female caller, as well as, SA McKone recognizing the female's voice, SA McKone is confident the female caller is T VIGIL.

    b. On a jail call made on July 20, 2017, T. VIGIL tells Robert Vigil that Martinez's lawyer told her not to talk to anyone about what is happening with the case or what is going on in court. Again, on a recording from July 21, 2017, T. VIGIL tells a male who called her on Robert Vigil's behalf that Martinez's lawyer told her not to discuss anything about the case with anyone.

    c. On a phone call made on July 22, 2017, T. VIGIL tells Robert Vigil that she could not talk to him because his brother had called Crime Stoppers and that she "has it all recorded." T. VIGIL states that she "hates" Robert Vigil's brother. When Robert Vigil asks T. VIGIL what she is talking about, she tells him that she cannot say anything. T. VIGIL then threatened Robert Vigil that she could put "people in jail." SA McKone believed that T. VIGIL was telling Robert Vigil she had information about criminal activity that could add additional time to Robert Vigil's sentence and could provide law enforcement information about criminal activity involving Robert Vigil's family members. Robert Vigil asked T. VIGIL if she was serious and she replied that she was. T. VIGIL then said she let "mom and dad listen to it" referring

to the recording she made of the court proceeding and presumably making reference to Max and Gloria Vigil.

   d. During a second call from July 22, 2017, T. VIGIL tells Robert Vigil that "everything is coming out on the table now." Robert Vigil asked T. VIGIL what she meant by that and she told Robert Vigil that he will see. T. VIGIL said that her son is facing five (5) years in federal prison because someone snitched him out. T. VIGIL told Robert Vigil that he will not see his son anymore because of what his brother (Matthew Vigil) did. It should be noted that Robert Vigil and T. VIGIL have a juvenile son together.

34. On July 29, 2017, at approximately 9:43 hours, SA McKone received a text message from Matthew Vigil stating that T. VIGIL is "having people call my step daughters phone and the girl who called is making threat to my wife about me and my brother… im really getting scared now." Matthew Vigil then sent a follow up text stating, "They called my step daughters phone and asked for me so my wife got on and the female told my wife that me and my brother were going to be sorry. She kept saying she was friend of the family to Terri. My wife hung up on her." Matthew Vigil further texted, "My wife said it sounded like they were partying and people do dumb things when they are drinking."

35. It should be noted that Matthew Vigil has not been paid any money for his information, is not currently charged with any sort of crime, is not providing information in exchange for a leniency on a current case, nor has been promised any sort of compensation or reward for his information.

# CONCLUSION

In conclusion, I submit that the above facts establish probable cause to believe that Terri VIGIL, in the state and District of Colorado, did knowingly intimidate, threaten, and corruptly persuade, and attempted to do the same, other persons, namely Matthew Vigil and his family members, in order to interfere with Matthew Vigil providing information to law enforcement and giving testimony in an official proceeding, in violation of 18 U.S.C. § 1512(b), and aided and abetted others in doing the same, in violation of 18 U.S.C. § 2.

I, Ryan McKone, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/Ryan McKone*
Ryan McKone, Special Agent
Bureau of Alcohol, Tobacco and Firearms

Sworn to before me this 31st day of July, 2017.

_____
United States Magistrate Judge

**Affidavit reviewed and submitted by Timothy D. Edmonds, Assistant United States Attorney.**