## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Case No. 17-cr-00283-RJB

UNITED STATES OF AMERICA,

v.

TERRI VIGIL

---

### MOTION REQUESTING THE ISSUANCE OF SUBPOENA

---

COMES NOW the undersigned, on behalf of the Defendant, Ms. Terri Vigil, and requests that the clerk of court sign the attached subpoena to Facebook (**Enclosure 1**) pursuant to F.R.Crim. P. 17(c).

Dated this 9th day of October, 2017.

AVISO LAW LLC

*/s/Ryan S. Coward*
Ryan S. Coward, #38906
618 N. Tejon St.
Colorado Springs, CO 80903
Telephone: (719) 247-3111
Fax: (719) 297-3814
E-Mail:  ryan@avisolawllc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of October, 2017, I electronically filed the foregoing **MOTION REQUESTING THE ISSUANCE OF SUBPOENA** via CM/ECF.


*/s/Ryan Coward*
Ryan Coward